**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10096 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-03586-CKJ |
| v. | |
| ELBIS SAUL MARTINEZ-ESCALON, a.k.a. Elbis Saul Martinez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Timothy M. Burgess, District Judge, Presiding[**]

Submitted January 15, 2013[***]

Before:     SILVERMAN, BEA, and NGUYEN, Circuit Judges.

Elbis Saul Martinez-Escalon appeals from the district court's judgment and

challenges his guilty-plea conviction and 51-month sentence for reentry after

_____

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Timothy M. Burgess, United States District Judge for the District of Alaska, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Martinez-Escalon's counsel has filed a brief stating that there are

no grounds for relief, along with a motion to withdraw as counsel of record. We

have provided Martinez-Escalon the opportunity to file a pro se supplemental brief.

No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**